CLINTON TRUST COMPANY, APPELLANT, v. STATE BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Submitted May 31, 1940—Decided October 10, 1940.

For the appellant, *Fred A. Lorentz.*

For the respondent, *Arthur T. Vanderbilt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, DONGES, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.